AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:21-mj-00421 |
| Jon Mott | ) | Assigned to: Judge Faruqui, Zia M. |
| | ) | Assign Date: 5/11/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*                                        Jon Mott                                        ,

who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment      ❒ Superseding Indictment      ❒ Information      ❒ Superseding Information      ☒ Complaint

❒ Probation Violation Petition      ❒ Supervised Release Violation Petition      ❒ Violation Notice      ❒ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:    5/11/2021                                        2021.05.11 18:51:29 -04'00'

*Issuing officer's signature*

City and state:          Washington, D.C.          Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* 5/12/21 , and the person was arrested on *(date)* 5/13/21 at *(city and state)* Flippin, Arkansas |
| Date: 5/13/21                                        _Arresting officer's signature_ |
| SA George Hurdley |
| *Printed name and title* |

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | |
| v. | ) | Case: 1:21-mj-00421 |
| | ) | Assigned to: Judge Faruqui, Zia M. |
| Jon Mott | ) | Assign Date: 5/11/2021 |
| DOB: XXXXXX | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of ___ Columbia ___ , the defendant(s) violated:

| *Code Section* | *Offense Description* |

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,

18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds,

40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds,

40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Catherine B. Rovinski, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: ___ 5/11/2021 ___

2021.05.11
18:50:34 -04'00'

*Judge's signature*

Zia M. Faruqui, U.S. Magistrate Judge

City and state: ___ Washington, D.C. ___

*Printed name and title*

### STATEMENT OF FACTS

I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been so employed for 16 years. Currently, I am tasked with investigating criminal activity in and around the Capitol grounds on January 6, 2021. During my employment with the FBI, I have conducted and/or overseen numerous counterintelligence and counterterrorism investigations. I have training and experience in the enforcement of the laws of the United States and as a federal agent, I am authorized to investigate violations of laws of the United States, and as a law enforcement officer I am authorized by law or by a Government agency to engage in or supervise the prevention, detention, investigation, or prosecution of a violation of Federal criminal laws.

The U.S. Capitol is secured 24 hours a day by U.S. Capitol Police. Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police. Only authorized people with appropriate identification were allowed access inside the U.S. Capitol. On January 6, 2021, the exterior plaza of the U.S. Capitol was also closed to members of the public.

On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the United States Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on November 3, 2020. The joint session began at approximately 1:00 p.m. Shortly thereafter, by approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

As the proceedings continued in both the House and the Senate, and with Vice President Mike Pence present and presiding over the Senate, a large crowd gathered outside the U.S. Capitol. As noted above, temporary and permanent barricades were in place around the exterior of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the crowd away from the Capitol building and the proceedings underway inside.

At such time, the certification proceedings were still underway and the exterior doors and windows of the U.S. Capitol were locked or otherwise secured. Members of the U.S. Capitol Police attempted to maintain order and keep the crowd from entering the Capitol; however, shortly around 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol, including by breaking windows and by assaulting members of the U.S. Capitol Police, as others in the crowd encouraged and assisted those acts.

Shortly thereafter, at approximately 2:20 p.m. members of the United States House of Representatives and United States Senate, including the President of the Senate, Vice President Mike Pence, were instructed to—and did—evacuate the chambers. Accordingly, the joint session of the United States Congress was effectively suspended until shortly after 8:00 p.m. Vice President Pence remained in the United States Capitol from the time he was evacuated from the Senate Chamber until the sessions resumed.

During national news coverage of the aforementioned events, video footage which appeared to be captured on mobile devices of persons present on the scene depicted evidence of violations of local and federal law, including scores of individuals inside the U.S. Capitol building without authority to be there.

The Federal Bureau of Investigation ("FBI") is investigating Jon Thomas MOTT (aka "JT Mott" or "MOTT") regarding his involvement in breaching the U.S. Capitol building on January 6, 2021, and the investigation concerns possible violations of, *inter alia*, 18 U.S.C. § 1752(a)(1) & (2), and 40 U.S.C. § 5104(e)(2)(C)(i),(D) & (G).

**Freedom News video:**  Law enforcement obtained a video recording that was recorded inside the Capitol Building on January 6, 2021 by Freedom News. The video records a person, later identified as Jon Thomas MOTT (aka "JT Mott" or "MOTT") inside the Rotunda area of the Capitol building. In the Freedom News video, the footage depicts MOTT with swollen eyes, pouring water on another person's face. This behavior is indicative of recovery from tear gas or similar chemical irritant, which was deployed by law enforcement on January 6, 2021, in an effort to subdue rioters seeking entry into the Capitol. A still image from the Freedom News video is below:



**Body-worn camera video**:  I reviewed body-worn footage from cameras worn by members of the Metropolitan Police Department ("MPD") standing inside the Capitol Rotunda, in an effort to deny the rioters the ability to maneuver through the Rotunda. Numerous body-worn cameras recorded MOTT inside the Rotunda area of the U.S. Capitol Building on January 6, 2021.





In one body-worn camera video, at approximately 3:00 p.m., MOTT joined a group of rioters, who were yelling at the MPD officers. These MPD officers were attempting to restrict the rioters from moving through the exit that led to other sections of the Capitol building.



At approximately 3:01 p.m., MOTT has an interaction with an MPD officer, who is utilizing his baton in an attempt to restrict the rioters from moving through the exit. MOTT can be heard telling the MPD officer, "don't touch me," and "if you don't touch me, I won't touch you," and then pushing against the MPD officer's baton.

In several MPD body-worn camera videos, MOTT is recorded with a large group of rioters inside the Capitol Rotunda, while holding a digital device in his hand.



**Witnesses:** Since the events at the U.S. Capitol, the FBI has received information from Witness #1 - #3 who provided information regarding MOTT's potential involvement in breaching the Capitol.

a. **_Witness #1:_** On or about January 7, 2021, Witness #1 submitted an electronic tip to the FBI National Threat Operations Center, advising that s/he observed Individual #1, an associate of MOTT, post content to Facebook that linked him to the U.S. Capitol riot. In a Facebook post, Individual #1 tagged another person at the Capitol, later identified as MOTT.

In a follow-up interview with Witness #1, Witness #1 described Individual #1 as an

acquaintance and a classmate s/he knew from high school in Arizona, and that s/he was friends with Individual #1 on Facebook. Witness #1 provided law enforcement with a screenshot of a Facebook post, and Witness #1 verified the screen shot was posted on Individual #1's Facebook account. The Facebook profile picture consisted of a man wearing a wide-brimmed hat, sunglasses, and holding a fish.

Witness #1 advised s/he paid more attention to Individual #1's posts on January 6, 2021, because Witness #1 was aware that Individual #1 left his family to go to Washington, D.C. for the rally. Witness #1 provided law enforcement with screenshots of several Facebook posts that s/he reported were posted on Individual #1's Facebook account on or about January 6, 2021. One of the screenshots captured a post in which Individual #1 tagged "JT Mott" in a description of his/her observations of Washington, D.C., the day before the "big day:"



Another screenshot that Witness #1 provided consisted of a post where Individual #1 named "J.T." and declared "we did it":

> "I'm ok. We did it. JT and I got separated for about 20 minutes but I've made contact with him. He's better than ok. I'm now trying to get us the hell out of here. Good work patriots. Protecting pedophiles and denying people freedom don't fly here. The silent majority has spoken. Let this be a lesson. We'll do it again if we have to!"





b. ***Witness #2:*** On or about January 9, 2021, Witness #2 provided an electronic tip to the FBI and stated that s/he was a friend of one of Individual #1's friends on Facebook. Witness #2 submitted a screenshot of Facebook content, depicting a post by a Facebook user with page name ["Individual #1."] The Facebook profile picture consisted of a man wearing a wide-brimmed hat, sunglasses, and holding a fish, which appeared to be the same profile photo identified by Witness #1 based on the same page name and photograph.

Witness #2 advised law enforcement that s/he observed a repost of "Individual #1's" Facebook content, which was posted by a Facebook friend of Witness #2. Specifically, Witness #2 submitted a screenshot that shows a Facebook post that consisted of a still image of a man's face that appears to be a frame from a video post. Witness #2's Facebook friend posted the actual video, and the video appeared to be a "live" video, meaning that it was streaming content uploaded to Facebook in real time. The "live" video appeared to be recorded inside a moving vehicle and it was dark outside of the vehicle. In the same Facebook post, and above the still photo, Witness #2's Facebook friend posted, "my friend was there….he was at ground 0 . . . ." referring to Individual #1.



So my friend was there... he was at ground 0... take the time to listen to what he has to say about what he saw with his own eyes

Law enforcement subsequently reviewed the video, and Individual #1 appears to discuss the riots at the Capitol building, and mentions twice that "J.T." was with Individual #1 during the events of the day and that "we are on the way home."

    c.    **_Witness #3_**: On January 15, 2021, Witness #3, who has associated with Individual #1 on a regular basis for many years and has a pending legal dispute with him, was interviewed telephonically. Witness #3 reported that Individual #1 traveled to Washington, D.C. to participate in the protest, leaving Oklahoma on or about January 3, 2021, and returning on approximately January 8, 2021. Witness #2 identified MOTT as the friend of Individual #1 that traveled with Individual #1 to Washington D.C. Witness #3 stated that Individual #1 told Witness #3 that he was inside the U.S. Capitol Building on January 6, 2021. According to Witness #3, Individual #1 also stated that he was hit in the head with a pepper-spray canister while inside the building and left soon after, while MOTT moved further inside the building.

Witness #3 stated that Individual #1 showed several videos/photos to Witness #3 that recorded Individual #1 and MOTT inside the U.S. Capitol Building, pushing their way into the building and another video as he was leaving the building. Based on the videos/photos and Individual #1's own words, Witness #3 assessed that Individual #1 entered the Capitol Building with MOTT.

**_Facebook account for Hope Anderson-Mott:_** Law enforcement determined that the spouse of MOTT is Hope Anderson-Mott. Further investigation determined that a Facebook account existed under the name of Hope Anderson-Mott, with the vanity name of "akmomma2boys." A subpoena to Facebook for subscriber information confirmed the Facebook user identification number (user ID) associated with this account is 1822055464 and the name provided to Facebook by the account holder is Hope Anderson-Mott.

a.      **_GoFundMe accounts:_**  On January 3, 2021, the account "akmomma2boys," using the name Hope Anderson-Mott, posted a link to a GoFundMe account, along with a posted comment, "… are leaving from Oklahoma/Arka … ["Individual #1"] needs your support."[1]



FBI personnel identified a cached version of a defunct GoFundMe page, entitled "Protesting corruption in DC on Jan 6th." According to the GoFundMe site, the page organizer was listed as Individual #1 from El Reno, OK, and that he was soliciting donations to fund his travel to Washington, D.C. to participate in protests on January 6, 2021. An image of the GoFundMe page is produced below.



On March 10, 2021, GoFundMe provided the subscriber information for the account, including that the name provided by the account holder was Individual #1. In the GoFundMe page, Individual #1 referred to his trip to Washington D.C., and indicated that he was traveling with another person, stating, "Myself and at least one other fellow patriot are travelling from Oklahoma/ Arkansas for Washington DC

---

[1]      Law enforcement determined that Jon MOTT resided in Arkansas, and Individual #1 resided in Oklahoma at the time of the posts.

b.     *January 6, 2021 post:* On January 6, 2021, another comment was posted on Hope Anderson-Mott Facebook page, stating, "… everyone keeping up with JT Mott and ["Individual #1,"] they are out of DC and safe."



Law enforcement served Facebook with preservation letters for both identifiers that they obtained for the Facebook account with the user name of Hope Anderson-Mott, and subsequently a subpoena for basic subscriber information related to the account with the vanity name "akmomma2boys." On or about March 4, 2021, Facebook provided the requested subscriber information, and the records indicate that the name provided by the account holder was Hope Anderson-Mott.

**Identification:**  On or about January 28, 2021, law enforcement conducted physical surveillance of MOTT at his place of employment, the Bean Barn, located at 100 Girard Street, Flippin, Arkansas. Investigators observed MOTT at his place of employment, and noted a 2011 Ford Fiesta with Arkansas, license plate 719RXP, parked at that location.    Subsequent investigation determined that the 2011 Ford Fiesta was registered to MOTT.

On February 5, 2021, law enforcement conducted additional surveillance of MOTT at the Bean Barn, and noted a distinctive tattoo on the ring finger of MOTT's left hand. This same tattoo is visible in the previously-mentioned screenshot from the Freedom News video (see photo below):



I have reviewed the previously-mentioned screenshots from the Freedom News video and

the MPD body-worn camera videos, and also obtained a copy of Jon MOTT's Arkansas's driver's license that contained a photograph of Jon MOTT. I compared the images from the screenshots and MOTT's driver's license, and they appear visually to be the same person.[2]

**Target Offenses:** Based on the foregoing, I submit that there is probable cause to believe that Jon MOTT violated 18 U.S.C. § 1752(a)(1) and (2), which makes it a crime to (1) knowingly enter or remain in any restricted building or grounds without lawful authority to do; and (2) knowingly, and with intent to impede or disrupt the orderly conduct of Government business or official functions, engage in disorderly or disruptive conduct in, or within such proximity to, any restricted building or grounds when, or so that, such conduct, in fact, impedes or disrupts the orderly conduct of Government business or official functions. For purposes of Section 1752 of Title 18, a "restricted building" includes a posted, cordoned off, or otherwise restricted area of a building or grounds where the President or other person protected by the Secret Service, including the Vice President, is or will be temporarily visiting; or any building or grounds so restricted in conjunction with an event designated as a special event of national significance.

I submit there is also probable cause to believe that Jon MOTT violated 40 U.S.C. § 5104(e)(2)(D) and (G), which makes it a crime to willfully and knowingly (D) utter loud, threatening, or abusive language, or engage in disorderly or disruptive conduct, at any place in the Grounds or in any of the Capitol Buildings with the intent to impede, disrupt, or disturb the orderly conduct of a session of Congress or either House of Congress, or the orderly conduct in that building of a hearing before, or any deliberations of, a committee of Congress or either House of Congress; and (G) parade, demonstrate, or picket in any of the Capitol Buildings.

Respectfully submitted,

Catherine B. Rovinski
Federal Bureau of Investigations

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 11th day of May, 2021.

2021.05.11
18:51:58 -04'00'

ZIA M. FARUQUI
U.S. MAGISTRATE JUDGE

---

[2] In addition, law enforcement served Facebook with preservation letters for a Facebook account with the user name of "Jon Mott," and subsequently a subpoena for basic subscriber information related to the account with the user name "jt.mott.9" with the associated UID number 100000024189300, and "jt.mott.33" with the associated UID number 100021555046838. On or about March 4, 2021, Facebook provided the requested subscriber information, and the records indicate that the name provided by the account holder for both accounts was JT Mott.

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| United States of America | ) | Case: 1:21-mj-00421 |
|---|---|---|
| v. | ) | Assigned to: Judge Faruqui, Zia M. |
| Jon Mott | ) | Assign Date: 5/11/2021 |
| | ) | Description: COMPLAINT W/ARREST WARRANT |
| | ) | |
| | ) | |

*Defendant*

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Jon Mott                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☒ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Knowingly Engages in Disorderly or Disruptive Conduct in Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Violent Entry and Disorderly Conduct on Capitol Grounds.

Date:     5/11/2021

2021.05.11 18:51:29
-04'00'

*Issuing officer's signature*

City and state:     Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____    *Arresting officer's signature* |
| *Printed name and title* |

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CRIMINAL NO. 3:21-mj-3004-001    USA vs. Jon Mott

COURT PERSONNEL:                    DEFENDANT'S COUNSEL:

JUDGE: _____          Joe Alfaro

MAGISTRATE: Mark E. Ford            (Name)
                                    112 West Center Street - Suite 300

CLERK: Debbie Maddox                (Address)
                                    Fayetteville, AR 72701

RECORDER: Debbie Maddox             (City, State, Zip Code)
                                    479.442.2306

GOVERNMENT: Aaron Jennen            (Telephone Number)
                                    ☐ RET ☑ FPD ☐ WV ☐ CJA

INTERPRETER: _____

## INITIAL APPEARANCE AND/OR ARRAIGNMENT AND PLEA MINUTE SHEET

- ☑ Proceedings: ☑ initial appearance ☐ arraignment and plea
- ☑ Charges: ☑ Magistrate complaint ☐ Information ☐ Indictment ☐ Superseding
- ☑ Rule 5 - District and case number: District of Columbia; 1:21-mj-00421
- ☐ Petition on supervised release
- ☑ Level of offense: ☐ petty ☐ misdemeanor ☑ felony
- ☑ Defendant appeared: ☑ with counsel ☐ without counsel
- ☐ Waiver of counsel executed and filed
- ☑ CJA23 financial affidavit executed and filed
- ☑ Counsel appointed
- ☐ Rule 44(c) inquiry made regarding joint representation of defendants and advised of right to separate representation
- ☑ Inquiry made regarding defendant's age
- ☑ Inquiry made regarding defendant's education level and ability to read/write
    ☑ English    ☐ Spanish
- ☑ Inquiry made as to whether defendant is taking any medication, is under a doctor's care, and/or if there is any reason defendant is unable to comprehend proceedings
- ☑ Court finds that defendant is the person named in Rule 5 charging document
- ☑ Defendant informed of provisions of Rule 20 proceedings
- ☐ Consent to proceed before magistrate executed and filed
- ☐ Waiver of trial by jury executed and filed
- ☐ Waiver of thirty days to prepare for trial executed and filed

INITIAL APPEARANCE/ARRAIGNMENT AND PLEA

USA vs. <u>Jon Mott</u>

- ☑ Defendant informed of rights
- ☑ Court finds that defendant has received charging document
- ☑ Court finds that defendant has read charging document or that it has been read to defendant and that it is understood by defendant
- ☐ Defendant informed of maximum possible penalties, including payment of special assessment and restitution
- ☐ Defendant advised as to Immigration consequences
- ☐ Waiver of indictment executed and filed
- ☐ Information filed
- ☐ Indictment read ☐ substance of charge stated
- ☐ Information read ☐ substance of charge stated
- ☐ Complaint read ☐ substance of charge stated
- ☑ Defendant waived reading of: ☐ Indictment ☐ Information ☑ Complaint
- ☐ Rule 11(e) plea agreement disclosed on record and filed
- ☐ _____

**DEFENDANT'S PLEA:**

- ☐ Not Guilty to count(s) _____
- ☐ Guilty to count(s) _____
- ☐ Nolo contendere to count(s) _____
- ☐ Court entered plea of not guilty for defendant

**SCHEDULE SETTING:**

- ☐ Preliminary hearing _____
- ☐ Detention hearing _____
- ☐ Revocation hearing _____
- ☐ Trial Date _____
- ☐ Sentencing Date _____
- ☐ Sentencing deferred pending preparation of presentence report

**MOTION DEADLINE:**

- ☐ Defendant directed to file _____
- ☐ Government directed to file _____
- ☐ _____

**BOND** set at <u>5,000.00 unsecured</u>

- ☐ Defendant released on present bond
- ☑ Defendant to make bond and be released
- ☐ Defendant remanded to custody of U.S. Marshals Service

**SPECIAL CONDITIONS OF RELEASE:**

- ☑ Pretrial supervision as directed by the U.S. Probation Office
- ☑ SEE ORDER SETTING CONDITIONS OF RELEASE _____
- ☐ _____

Proceedings began: <u>11:10 am</u>
ended: <u>11:27 am</u>

DATE: <u>5/14/2021</u>

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS

**UNITED STATES OF AMERICA**                                 PLAINTIFF

vs.                                              Case No. __3:21MJ3004__

__JON MOTT__                                                 DEFENDANT

## CONSENT TO HOLD PROCEEDINGS BY VIDEO TELECONFERENCING OR TELEPHONE

As you are aware, a National Emergency was declared pertaining to the COVID-19 pandemic. This situation may require the use of video teleconferencing (VTC), or the telephone, in lieu of in-court appearances. In order for such technologies to be used in place of in-court hearings in your case, you will need to provide consent.

By your signature below you are agreeing, after consultation with your attorney, to allow court hearings in your case to proceed by use of video teleconferencing, or by telephone. These hearings include but are not limited to initial appearance, arraignment, detention, pre and post-trial motions, pre-trial conferences, change of plea, sentencing, and revocation. This consent shall remain in effect until such as time as you revoke it by written notice mailed to your attorney.

X _____          __5/13/21__
Defendant                                          Date

_____            5/13/2021
Attorney for Defendant- Joe Alfaro                 Date

## CONSENTIMIENTO PARA LLEVAR A CABO PROCEDIMIENTOS POR VIDEO-TELECONFERENCIA O TELEFONO

Como ya lo sabe, se ha declarado una emergencia nacional en todo el pais debido a la pandemia causada por el virus COVID-19. Debido a esta situacion es possible que en lugar de comparecer en el tribunal, estas audiencias se lleven a cabo por medio del telefono o video teleconferencias. Para que esto pueda llevarse a cabo, necesitaremos de su consentimiento.

Al firmar acuerda, que despues de haber consultado con su abogado, nos permite que las audiencias en su caso se lleven a cabo por medio te video-teleconferencia o llamadas telefonicas. Dichas audiencias incluyen pero no estan limitadas a lo siguiente, comparecencias iniciales, presentacion oficial de acusaciones, fianza, peticiones pre y post juicio, conferencias previas al juicio, cambio de declaracion a culpabilidad, sentencia, revocacion de libertad. Este consentimiento debera de permanecer en efecto hasta que usted lo revoque por escrito enviandole una carta a su abogado.

_____          _____
Acusado                                            Fecha

_____          _____
Abogado para el acusado                            Fecha

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 1 4 2021

JAMIE GIANI, Clerk

Deputy Clerk

United States of America                )
v.                                       )                    **By**
JON MOTT                                 )        Case No. 3:21-mj-3004-001
                                         )
_____         )
            *Defendant*                  )

## APPEARANCE BOND

### Defendant's Agreement

I, _____ Jon Mott _____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )    to appear for court proceedings;
( X )    if convicted, to surrender to serve a sentence that the court may impose; or
( X )    to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(     ) (1)    This is a personal recognizance bond.

( X ) (2)    This is an unsecured bond of $  5,000.00 _____  .

(     ) (3)    This is a secured bond of $ _____  , secured by:

    (     ) (a) $ _____ , in cash deposited with the court.

    (     ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it – such as a lien, mortgage, or loan – and attach proof of ownership and value)*:

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (     ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety)*:

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

    (1)    all owners of the property securing this appearance bond are included on the bond;

    (2)    the property is not subject to claims, except as described above; and

    (3)    I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 5/14/21

_____
*Defendant's signature*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

_____
*Surety/property owner – printed name*

_____
*Surety/property owner – signature and date*

*CLERK OF COURT* JAMIE GIANI

Date: 5-14-2021

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 5-14-2021

_____
*Judge's signature*

```
MIME-Version:1.0
From:NEF@arwd.uscourts.gov
To:NEF@localhost.localdomain
Bcc:
--Case Participants: Honorable Mark E. Ford (mefinfo@arwd.uscourts.gov)
--Non Case Participants: Chambers - MEFinfo@arwd.uscourts.gov (mefinfo@arwd.uscourts.gov)
--No Notice Sent:

Message-Id:<2048341@arwd.uscourts.gov>
Subject:Activity in Case 21-3004 Sealed v. Sealed (Redacted Notice)
```
Content-Type: text/html

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**NOTE: This docket entry (or case) is SEALED. Do not allow it to be seen by unauthorized persons.**

### U. S. District Court

### Western District of Arkansas

### Notice of Electronic Filing

The following transaction was entered on 5/14/2021 at 12:20 PM CDT and filed on 5/14/2021

**Case Name:** USA v. SEALED

**Case Number:** 3:21-mj-03004-MEF \*SEALED\*

**Filer:**

**Document Number:** 7(No document attached)

**Docket Text:**
**TEXT ONLY ORDER APPOINTING COUNSEL Joe Alfaro for Jon Mott, Federal Public Defender Appointed. Defendant is entitled to counsel but cannot afford to hire an attorney; therefore, counsel is appointed to represent defendant in all further proceedings herein. Signed by Honorable Mark E. Ford on May 14, 2021. (djm)**

**3:21-mj-03004-MEF \*SEALED\*-1** No electronic public notice will be sent because the case/entry is sealed.

# UNITED STATES DISTRICT COURT

for the

Western District of Arkansas

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JON MOTT | ) | Case No.  3:21-mj-3004-001 |
| | ) | |
| _Defendant_ | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1)  The defendant must not violate federal, state, or local law while on release.

(2)  The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3)  The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4)  The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at:  _USDC, District of Columbia (VIA ZOOM)_
  _Place_

on _____  _5/21/2021 1:00 pm_
  _Date and Time_

If blank, defendant will be notified of next appearance.

(5)  The defendant must sign an Appearance Bond, if ordered.

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:

Person or organization _____

Address *(only if above is an organization)* _____

City and state _____    Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

Signed: _____

Custodian                                    Date

(X) (7) The defendant must:

( X ) (a) submit to supervision by and report for supervision to the  United States Probation Office ,

telephone number  (479) 442-9892 , no later than  05/14/2021 .

( X ) (b) continue or actively seek employment.

( ) (c) continue or start an education program.

( ) (d) surrender any passport to: _____

( ) (e) not obtain a passport or other international travel document.

( X ) (f) abide by the following restrictions on personal association. residence, or travel:  Travel restricted to WD/AR and District of
Columbia for court purposes only; no travel outside continental US without prior approval from pretrial services

( X ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____

( ) (h) get medical or psychiatric treatment: _____

( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, schooling,
or the following purposes: _____

( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

( X ) (k) not possess a firearm, destructive device, or other weapon.

( ) (l) not use alcohol ( ) at all ( ) excessively.

( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

( X ) (n) the defendant shall not purchase, possess, use, distribute or administer marijuana or obtain or possess a medical marijuana card or prescription. This condition supersedes standard condition number 7(m) with respect to marijuana only. If the defendant is currently in possession of a medical marijuana card, he/she will turn it over immediately to the probation office.

( X ) (o) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing. the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.

( ) (p) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.

( ) (q) participate in one of the following location restriction programs and comply with its requirements as directed.

( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to _____ , or ( ) as directed by the pretrial services office or supervising officer; or

( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or

( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.

( ) (r) submit to location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.

( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.

( X ) (s) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.

( X ) (t) participate in all future court proceedings as directed; stay away from the District of Columbia unless there for
court, pretrial, or consultation with attorney

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;

(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;

(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

√ _____
Defendant's Signature

_____
City and State

### Directions to the United States Marshal

( ✓ ) The defendant is ORDERED released after processing.

( ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: ___5-14-2021___

US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

MAY 1 4 2021

_____
Judicial Officer's Signature

Honorable Mark E. Ford, U. S. Magistrate Judge
Printed name and title

DISTRIBUTION: COURT, DEFENDANT    PRETRIAL SERVICE    U.S. ATTORNEY    U.S. MARSHAL

By JAMIE GOODE, Clerk
Deputy Clerk

SEALED

# U. S. District Court
## Western District of Arkansas (Harrison)
## CRIMINAL DOCKET FOR CASE #: 3:21-mj-03004-MEF-1 *SEALED*
### Internal Use Only

Case title: USA v. SEALED

Date Filed: 05/13/2021

Assigned to: Honorable Mark E. Ford

**Defendant (1)**

**Jon Mott**  represented by **Jose Manuel Alfaro**
Federal Defender's Office
112 West Center St.
Suite 300
Fayetteville, AR 72701
479-442-2306
Fax: 479-443-1904
Email: joe_alfaro@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or*
*Community Defender Appointment*

**Pending Counts**                                   **Disposition**
None

**Highest Offense Level (Opening)**
None

**Terminated Counts**                                **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                       **Disposition**
Complaint (District of Columbia)

**Plaintiff**

**USA**                                    represented by   **Aaron Lance Jennen**
U.S. Attorney's Office
414 Parker Avenue
Fort Smith, AR 72901
(479) 783-5125
Fax: (479) 441-0501
Email: Aaron.Jennen@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant US Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/13/2021 | | Arrest (Rule 5) of Jon Mott. (djm) (Entered: 05/13/2021) |
| 05/13/2021 | 1 | COMPLAINT as to Jon Mott. (USDC; District of Columbia; case no. 1:21-mj-00421) (djm) (Entered: 05/13/2021) |
| 05/13/2021 | 2 | Arrest Warrant as to Jon Mott. (USDC; District of Columbia; case no. 1:21-mj-00421) (djm) (Entered: 05/13/2021) |
| 05/13/2021 | 3 | WAIVER of PERSONAL APPEARANCE pursuant to the CARES Act of 2020, with the consent of the Defendant, after consultation with counsel, by Jon Mott. (djm) (Entered: 05/14/2021) |
| 05/14/2021 | 🔒 4 | **THE DOCUMENT IS FILED UNDER SEAL WITH THE COURT.**<br><br>PRETRIAL REPORT in case as to Jon Mott. (gbw) (Entered: 05/14/2021) |
| 05/14/2021 | 5 | Minute Entry for proceedings held before Honorable Mark E. Ford: Initial Appearance in Rule 5 Proceedings as to Jon Mott held on 5/14/2021. Appearance entered by Joe Alfaro, Public Defender Appointment, on behalf of defendant. Defendant waived the issue of identity. Defendant to be released on bond with information regarding a court appearance in the charging district. (Debbie Maddox-Digital Recorder) (djm) (Entered: 05/14/2021) |
| 05/14/2021 | 🔒 6 | CJA 23 Financial Affidavit by Jon Mott.<br><br>**THE ORIGINAL IS FILED UNDER SEAL WITH THE COURT.**<br><br>(djm) (Entered: 05/14/2021) |
| 05/14/2021 | 7 | **TEXT ONLY ORDER APPOINTING COUNSEL Joe Alfaro for Jon Mott, Federal Public Defender Appointed. Defendant is entitled to counsel but cannot afford to hire an attorney; therefore, counsel is appointed to represent defendant in all further proceedings herein. Signed by Honorable Mark E. Ford on May 14, 2021. (djm) (Entered: 05/14/2021)** |
| 05/14/2021 | 8 | Signature Bond Entered as to Jon Mott in amount of $ 5,000.00. (djm) (Entered: 05/14/2021) |

| 05/14/2021 | 9 | **ORDER Setting Conditions of Release as to Jon Mott (1). Signed by Honorable Mark E. Ford on May 14, 2021. (djm) (Entered: 05/14/2021)** |